December 30, 2014

Abel Acosta
Clerk of the Court
P.O Box 12308
Austin Texas, 78711

82,637-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

RE: Larry Eugene Wright v. The State of Texas
    Cause Number # 333724 A

Dear Abel Acosta

   Enclosed Please find the following instrument to be filed in your office in the above reference cause number Please date stamp this letter. Please file and notify me of the fileing by sending me this date stamp letter or any notification.

(1). Affidavit of Indigence
(2). 6 month TDCJ inmate trust fund account verification


   I want to thank you in advance for your assistance in this matter

Respectfully Submitted

Larry Eugene Wright

Larry Eugene Wright #331704

STATE OF TEXAS

COUNTY OF WALKER

§

§

§

§

Cause Number # 333724A

# AFFIDAVIT OF INDIGENCE

My name is Larry Eugene Wright my date of birth is December 27, 1950 my inmate identifying number is 331704, I am presently incarcerated in TDCJ-Ellis Unit in Huntsville, Walker County Texas. I declare under Penalty of Perjury that the foregoing is true and correct and I have Personel Knowledge of facts Civ. Prac. & Rem Code Ann § 132.001 Acts 2011.

Executed the ____30____ day of __December__ 2014.

I, Larry Eugene Wright am over the age of twenty-one years of age, of sound mind and capable of making this affidavit and Personally acquainted with facts. Please see TDCJ-Trust Fund 6 months account sheet attached.

I have no goverment entitlements or income;

I work in the capicity of involountary servitude and have no employment incomes;

I have no other income (interest, dividends etc;

I have no Property owned;

I have no cash or checking accounts;

I have no dependent's debt or monthly expenses; and

I am unable to Pay cost of this cause rule of civil Procedure 145.

Sincerly Yours

_Larry Eugene Wright_
Larry Eugene Wright
Affiant

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      01/02/15
E072/SM00004              IN-FORMA-PAUPERIS DATA              14:21:41
TDCJ#: 00331704 SID#: 02879395 LOCATION: ELLIS        INDIGENT DTE:
NAME: WRIGHT,LARRY EUGENE            BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS: 00973323
CURRENT BAL:        41.72 TOT HOLD AMT:      0.00 3MTH TOT DEP:     85.00
6MTH DEP:          135.00 6MTH AVG BAL:     53.59 6MTH AVG DEP:     22.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14    84.99          35.00          09/14    55.83          0.00
11/14    93.27          50.00          08/14    93.27         50.00
10/14    43.68           0.00          07/14    43.35          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF Walker
ON THIS THE 2nd DAY OF January ,2015, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



**M. SCHANFISH**
Notary Public. State of Texas
My Commission Expires
10-27-2017
Notary Without Bond